AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

EDWARD JAMAL ADAMS
DOB: xx/xx/xx
PDID: xxx-xxx

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 16, 2008__ in the District of __COLUMBIA__ defendant (s) did,

(Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER GREGORY GODWIN__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER GREGORY GODWIN
DISTRICT OF COLUMBIA
HOUSING AUTHORITY**

Sworn to before me and subscribed in my presence,

_____     at     __Washington, D.C.__
Date                                              City and State

_____          _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

On or about February 16, 2008, District of Columbia Housing Authority Police Officer Gregory Godwin observed a vehicle make a right-hand turn from the middle lane onto 4th Street, NW, Washington, D.C., in violation of District of Columbia traffic laws.  A traffic stop was made in the 700 block of 4th Street, NW.  As the officer approached the vehicle he smelled a strong odor of burnt marijuana coming from the vehicle.  The defendant, Edward Adams was asked to produce his license and registration for the auto.  The defendant gave Officer Godwin his driver's license but was unable to produce a registration.  Officer Godwin asked the defendant if he was in possession of any controlled substance and the defendant said he had  "weed" in his sock.  Officer Godwin placed the defendant under arrest. A search of the defendant revealed in his sock a clear bag containing marijuana and on his person a clear bag containing a rock like substance. The rock like substance appeared to be crack cocaine.  A portion of the rock like substance field tested positive for cocaine base and a portion of the marijuana field tested positive for THC.  Also, recovered from the trunk of the vehicle was a bag containing a cooking pot, a coffee pot with white residue, a strainer and a thermometer.  The approximate weight of the suspected crack cocaine was 120 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.



_____
OFFICER GREGORY GODWIN
DISTRICT  OF  COLUMBIA  HOUSING  AUTHORITY


SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_ DAY OF FEBRUARY, 2008.


_____
U.S. MAGISTRATE JUDGE