AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

EDWARD JAMAL ADAMS

**FILED**

FEB 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 08 - 113 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>EDWARD JAMAL ADAMS</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment　　☐ Information　　☒ Complaint　　☐ Order of Court　　☐ Violation Notice　　☐ Probation Violation Petition

charging him or her with (brief description of offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title ___ United States Code, Section(s) § 841(a)(1)

| John M. Facciola | John M. Facciola |
| U.S. Magistrate Judge | U.S. Magistrate Judge |

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

/s/ John M. Facciola
Signature of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

FEB 1 9 2008    District of Columbia
Date and Location

Bail fixed at $ _____    by _____
　　　　　　　　　　　　　　　　　　　　Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/20/08 | Jessica Schwartz, AUSA | Jessica Schwartz |
| DATE OF ARREST | | |
| 2/20/08 | | |